B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Arthur C Ayala**                                              Case No.  **09-13474**
Debtor(s)                                            Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** Citizens Automobile Finance, Inc. | **Describe Property Securing Debt:** 2005 Ford F250 Truck |
|---|---|

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt            ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** Countrywide Home Loans | **Describe Property Securing Debt:** 15449 Thornwood, Home Glen, IL |
|---|---|

Property will be (check one):
■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

---

**Property No. 3**

| **Creditor's Name:** <br> **Ford Credit** | **Describe Property Securing Debt:** <br> **2006 Ford F350** |
|---|---|

Property will be (check one): <br>
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one): <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
☐ Claimed as Exempt      ■ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** <br> **Ford Motor Credit** | **Describe Property Securing Debt:** <br> **2006 Ford F150** |
|---|---|

Property will be (check one): <br>
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one): <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
☐ Claimed as Exempt      ■ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:** <br> **Palos Bank** | **Describe Property Securing Debt:** <br> **999 Thornton, Lockport, IL** |
|---|---|

Property will be (check one): <br>
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one): <br>
☐ Redeem the property <br>
☐ Reaffirm the debt <br>
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
☐ Claimed as Exempt      ■ Not claimed as exempt

B8 (Form 8) (12/08)                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Palos Bank & Trust/Thomas A. Brown** | **Describe Property Securing Debt:**<br>**15449 Thornwood, Home Glen, IL** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt             ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Palos Bank & Trust/Thomas A. Brown** | **Describe Property Securing Debt:**<br>**15449 Thornwood, Home Glen, IL**<br>**cross collateral with second mortgage as noted herein** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt             ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **April 30, 2009**            Signature   **/s/ Arthur C Ayala**
                                                                    **Arthur C Ayala**
                                                                    Debtor